IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY MATSON,<br><br>          Plaintiff,<br><br>vs.<br><br>NEBRASKA KANSAS COLORADO RAILWAY LLC, and OMNITRAX HOLDINGS COMBINED, INC.,<br><br>          Defendants. | 7:17CV3144<br><br>**FINDINGS AND RECOMMENDATION** |

Plaintiff filed the Complaint on October 31, 2017. (Filing No. 1). Based on the record before the Court, Plaintiff failed to serve the Defendants and the Defendants have not voluntarily appeared. On January 31, 2018, the undersigned magistrate judge issued a show cause order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. (Filing No. 4). The show cause order warned Plaintiff that failure to timely comply with the order may result in dismissal of the action without further notice. The deadline for responding to the show cause order was February 21, 2018. Plaintiff did not respond. Accordingly,

**IT IS HEREBY RECOMMENDED** to Chief Judge Laurie Smith Camp that the above-captioned case be dismissed for failure of service and want of prosecution.

Dated this 22nd day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

**Admonition**

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.