# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY MATSON,<br><br>              Plaintiff,<br><br>vs.<br><br>NEBRASKA KANSAS COLORADO RAILWAY LLC, and OMNITRAX HOLDINGS COMBINED, INC.,<br><br>              Defendants. | 7:17CV3144<br><br>ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge Michael D. Nelson, ECF No. 5, recommending that this case be dismissed for failure to prosecute. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 5, are adopted in their entirety; and

2. The above-captioned case is dismissed, without prejudice.

Dated this 13th day of March, 2018.

                                                                   BY THE COURT:

                                                                   s/Laurie Smith Camp<br>
                                                                   Chief United States District Judge